Case No. 3:11-mj-00138-DMS

# AFFIDAVIT

I, Jacqueline A. DeCou, first being duly sworn, depose the following:

1. I am a Special Agent employed by the Federal Bureau of Investigation (FBI), Anchorage Division. I have been employed by the FBI since September, 1986, and became an FBI Special Agent in October, 1994. I have been assigned to the Anchorage Division since January, 2007.

2. On August 2, 2011, I received an e-mail from John Tiemessen, of the law firm Clapp, Peterson, Tiemessen, Thorsness, Johnson, LLC, in Fairbanks, Alaska, advising that he had received a voice-mail message from Shawn Christy on August 1, 2011. The voice-mail message from Christy was attached to the e-mail from Tiemessen. (By way of background, Tiemessen is the attorney for Sarah Palin and her family. On May 9, 2011, Tiemessen had obtained a six month Protective Order in the District/Superior Court for the State of Alaska at Anchorage against Shawn Christy (3AN-11-1112-CI) and Craig Christy (3AN-11-1107-CI). The Christys have been upset about the restraining orders as evidenced by the frequency of calls and their references to the restraining orders.) The message from Shawn Christy said something to the effect: "What's going on here, what's your fucking problem? Or are you just a little fucking Semite Kike that likes to get a dick up your ass and likes to fuck people over. Well surprise, for the first time in your life John, somebody small, some little dick fuck from McAdoo is going to ram it up your fucking ass and take everything away that you ever fucking-everything you fucking love, everything you fucking like I'm going to take it. I'm going to ransom your fucking children. By the time I'm done you're going to be nobody. You're going to be walking on the street, sucking



AUG 12 2011

off big corporate executives to get a little bit of cum in your mouth to make an extra twenty dollars. So if you don't want that life, pay me some fucking money now, and I'll be quiet and I'll go away. So you know what you pay me enough money I might even think about fucking Sarah for the hell of it...." Shawn Christy, and his father Craig Christy, live in McAdoo, Pennsylvania.

3. On August 3, 2011, at approximately 10:03 a.m., I received an e-mail from John Tiemessen advising me that he had received approximately 25 phone calls within the last hour from both Shawn Christy and Craig Christy. Some of the calls involved threats against Tiemessen and Sarah Palin. I received another e-mail on August 3, 2011 at approximately 10:58 a.m. from Tiemessen advising that now he had received approximately 50 phone calls. In one of the messages, the Christys state that they know they are violating the protective order. On August 3, 2011, at approximately 5:10 p.m. I received an e-mail message from John Tiemessen stating that his direct number at his office rang about 150 times with the call number saying "unidentified number" or "Cell PA."

4. On August 4, 2011, at approximately 10:56 a.m., I received an e-mail from John Tiemessen advising he had received dozens and dozens of calls from Shawn Christy and Craig Christy. They also had started to call the law firm's office in Anchorage. The most recent message was from Craig Christy stating something to the effect, "I'm going to press your fucking buttons for the rest of your life. Wait until I start finding out where all your family members live cause I'm going to put them all over the worldwide web...." Also on August 4, 2011 at approximately 1:27 p.m., I received an e-mail from John Tiemessen, advising that he had received a message from Craig Christy with a death threat. Craig Christy stated something to the effect, "....Cause I tell you motherfucker, you're playing with the wrong fucking boy. I tell you what,
Page 2 of 5



you want to play fucking games like that, I'll fucking kill you. There's a fucking threat now fucking bring it on motherfucker. You got that? You wanna fuck with my boy like that, I will come and fucking kill you...." Craig Christy also called Tiemessen's sister and uncle on August 4, 2011.

5. On August 8, 2011, I spoke with John Tiemessen regarding contact with Shawn Christy and Craig Christy. Tiemessen advised that he received approximately 250 calls in the Fairbanks office that day. The tone of the messages was putting the staff on edge because they have been threatened by the Christys. They repeatedly say they are coming to Alaska. Tiemessen's family also has been threatened and harassed telephonically.

6. On August 8, 2011, I spoke with the receptionist at the law firm's office in Fairbanks, Alaska. She stated on August 1, 2011, 14 calls were received from the Christys on the main office number in Fairbanks. On August 3, 2011, 179 calls were received from the Christys on the main office number. On August 4, 2011, 121 calls were received from the Christys on the main office number. On August 5, 2011, 123 calls were received from the Christys on the main office number. In the majority of the calls, the Christys identify themselves.

7. On August 9, 2011, I spoke with the firm administrator for the law firm's office in Anchorage, Alaska. She advised the Anchorage office began receiving telephone calls from Shawn Christy and Craig Christy on August 1, 2011. In addition, several staff members started to receive telephone calls from the Christys.

8. On August 9, 2011, I spoke with L.J., an attorney in the law firm Clapp, Peterson, Tiemessen, Thorsness, Johnson, LLC, in Anchorage, Alaska. She advised that she started receiving phone calls from the Christys on her direct line on August 4, 2011. In addition she

Page 3 of 5



AUG 12 2011

received text messages from Shawn Christy on her cell phone. She uses her cell phone for her clients, children and husband. The calls disrupted her ability to talk to her clients, children and her husband. One afternoon, she was with a client and her direct line at work rang so many times that she pulled the cord out of the wall to stop the phone from ringing.

9. On August 9, 2011, I spoke with a legal secretary for the law firm in Anchorage. She stated the phone calls have been disruptive to the office. She stated one of the messages left by Shawn Christy states that he is going to come to Alaska and rape one of the attorneys in the office.

10. On August 9, 2011, I spoke with other employees who received messages from Shawn Christy and Craig Christy. Some received several calls from Shawn and Craig Christy.

11. The telephone calls from the Christys to the law firm and its employees are continuing to this day.

12. In many of the messages left by Craig Christy, Craig Christy leaves a call back number of 570-579-3715. The "579" number is a landline out of Pennsylvania. In many of the messages left by Shawn Christy, Shawn Christy leaves a call back number of 570-578-4139. The "578" number is a wireless number from Pennsylvania. The area code for McAdoo, Pennsylvania is "570."

13. Title 47, United States Code, Section 223(a)(1)(D) states: "Whoever (1) in interstate communications...(D) makes or causes the telephone of another repeatedly or continuously to ring, with the intent to harass any person at the called number" is guilty of a felony.

14. The foregoing information outlined above gives rise to probable cause to believe that on August 1, 2011 to the present, Shawn Christy is committing the offense of harassing telephone calls in violation of Title 47, United States Code, Section 223(a)(1)(D).

AUG 12 2011

15. The foregoing information outlined above gives rise to probable cause to believe that on August 1, 2011 to the present, Craig Christy is committing the offense of harassing telephone calls in violation of Title 47, United States Code, Section 223(a)(1)(D).

SIGNATURE REDACTED

SA Jacqueline A. DeCou
FBI
Anchorage, AK

Sworn to before me and subscribed to in my presence on the 12th of August, 2011

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

United States Magistrate Judge

AUG 12 2011

Page 5 of 5

Case 3:11-cr-00068-TMB   Document 1-1   Filed 08/12/11   Page 5 of 5