# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAWN RICHARD CHRISTY,<br><br>    Defendant. | Case No. 3:11-cr-00068-TMB-2 |

## ORDER REGARDING SUCCESSIVE MOTION

On May 10, 2021, Shawn Richard Christy, a self-represented federal prisoner, filed a letter as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.[1] Mr. Christy previously filed a § 2255 motion in this case, which the Court denied on January 28, 2015.[2]

This Court cannot review the successive motion until Mr. Christy secures permission from the Court of Appeals for the Ninth Circuit. 28 U.S.C. § 2255(h) states:

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and

---

[1] Docket 375; *see* 28 U.S.C. § 2255(a) ("A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.").

[2] Dockets 362; 363; 368; 369.

convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

Therefore, Mr. Christy's Motion at Docket 375 is **DENIED** with leave to refile with permission from the Court of Appeals for the Ninth Circuit. Mr. Christy must supply a copy of the authorization from the Ninth Circuit Court of Appeals with any new motion he files under 28 U.S.C. § 2255. Otherwise, the motion will be denied.

Once/if permission is granted by the Ninth Circuit Court of Appeals, any new motion filed under 28 U.S.C. § 2255 should be presented to the U.S. District Court of Alaska using the pre-established form. The Clerk of Court is directed to send a form AO 243 for a Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody along with this order.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska this 11th day of June, 2021.

       */s/ Timothy M. Burgess*
       TIMOTHY M. BURGESS
       UNITED STATES DISTRICT JUDGE

3:11-cr-00068-TMB-2, *U.S. v. Christy*
Order Regarding Successive Motion
Page 2 of 2

Case 3:11-cr-00068-TMB   Document 376   Filed 06/14/21   Page 2 of 2